IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CAROLYN D. WOODSON and
ROSA M. LEE                                                                                            PLAINTIFFS

VERSUS                                                         CIVIL ACTION NO: 1:05cv426WJG-JMR

MISSISSIPPI SPACE SERVICES/
COMPUTER SCIENCES CORPORATION                                                  DEFENDANT

SUMMARY JUDGMENT

THIS CAUSE comes before the Court on the motion [23-1] of the Defendant, Mississippi Space Services [MSS] for summary judgment pursuant to Federal Rule of Civil Procedure 56(c). Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that Defendant's motion for summary judgment [23-] on Carolyn D. Woodson's claims be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs.

SO ORDERED AND ADJUDGED, this the 5th day of July, 2007.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE