IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CAROLYN D. WOODSON and
ROSA M. LEE                                                          PLAINTIFFS

VERSUS                                      CIVIL ACTION NO: 1:05cv426WJG-JMR

MISSISSIPPI SPACE SERVICES/
COMPUTER SCIENCES CORPORATION                          DEFENDANT

SUMMARY JUDGMENT

THIS CAUSE comes before the Court on the motion [25-1] of the Defendant, Mississippi

Space Services [MSS], for summary judgment against Plaintiff Rosa M. Lee pursuant to Federal

Rule of Civil Procedure 56(c).  Pursuant to the Memorandum Opinion entered in this cause, this

date, incorporated herein by reference, it is therefore,

ORDERED AND ADJUDGED that Defendant's motion for summary judgment [25-1]

on Rosa M. Lee's claims be, and is hereby, granted.  It is further,

ORDERED AND ADJUDGED that this case be, and is hereby, dismissed.  It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs.

SO ORDERED AND ADJUDGED, this the 5th day of July, 2007.

_____
*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE